(1)                    DATE 6-24-2015

APPEAL NO. 06-14-00024-CR

RECEIVED IN
The Court of Appeals
Sixth District

JUN 2 9 2015

Texarkana, Texas
Debra Autrey, Clerk

ESAW LAMPKIN PRO SE

§   IN THE COURT OF APPEALS
§   SIXTH DISTRICT OF TEXAS
§   TEXARKANA, TEXAS

VS.

THE STATE OF TEXAS

FILED IN
The Court of Appeals
Sixth District

JUN 2 9 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## Motion To Withdraw
### Appellent Counsel on Appeal

## TO: THE HONORABLE Justice of Said Court.

(1) Now comes Petitioner Defendant and To: Withdraw. The Appellent Attoreney As Record For Esaw Lampkin He was Appointed By The court of Gregg county To Represent Defendant on His Appeal.

(2) Good cause To withdraw exists As Attoreney The Defendant emumerating (3) Points of contention encompassed By His First complaint issues The Appellent Attoreney. Filed. To Proprely Raise issues on His client Behalf of A motion To suppress The Blood Draw. Taken without Legal concent and not Addressing The Issues of an unsigned warrant offered at A Motion To suppress Hearing see 3 RR 15-16

(3) The Appellant Attoreney File A motion To Abate clients Appeal To Add A supplemental. Reporters Record of A search warrant Document That was not Properly Filed. Nor introduce As Evidence in The Recoros The Time of Jury Trial Jan 30th 2014.
See Attachment pages

(4) THE OFFicials To WHom Forcably withDraw. Taken Defendants BLOOD on July 12 2013 illegal obtain The BLOOD Sample The Petitioner Fourth Amendment Right was violated. Agoins The "unreasonable search" and seizures of THE "BLOOD." THis are Reversal issues OF His "BLOOD illegally seizures" cruel and unusual Punishment

(5) THE APPellant ATtorement Agreement with The state and county of Greeg That THE state HAD (a) Proper search warrant That allowed (a) BLOOD Draw. This statement PerJudice. Rights on A Fain APPeal Because Trial counslen made timely Supprssion Hearing

### CERTIFICATE OF SERVICE

I Hereby certify That A copy of the Foresoing Document To motion withDraw counsel on APPeal Sith APPellat. District of Texas Bi-State Justice Building 100 North State Line Avenue # 20 Texarkana Texas 75501 Place in The Legal mail Box at the CLEMENTS 9601 Spun 591 AMARillo Texas 79107

Evans Tomkin